[No. 9613–7–II.  Division Two.  February 25, 1988.]

*In the Matter of the Marriage of* MICHIKO H. FURNISH, *Appellant, and* WILLIAM V. FURNISH, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 229162, William L. Brown, Jr., J., entered February 18, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 10082–7–II.  Division Two.  February 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY THOMAS HOWARD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clallam County, No. 85–1–00066–7, Leonard W. Kruse, J., entered July 2, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 8266–1–III.  Division Three.  February 25, 1988.]

MARY TREOSTI, *Individually and as Personal Representative, Appellant,* v. BURLINGTON NORTHERN RAILROAD COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 85–2–00177–6, Evan E. Sperline, J., entered October 31, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.